Argued June 18, affirmed June 18, petition for rehearing denied July 11, petition for review denied September 18, 1973

STATE OF OREGON, *Respondent, v.* JOHN LEONARD SULLIVAN (No. C-72-06-2028 Cr), *Appellant.*

510 P2d 1350

*Thomas D. O'Dell,* Portland, argued the cause for appellant. With him on the brief were Sherwood, Barnes, O'Dell & Laman, Portland.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.